# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SUSAN PINSLEY,

        Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendant.

No. 1:24-cv-00554-LF-KRS

## ORDER STAYING LITIGIATION TO PERMIT MANDATORY PRIVATE ARBITRATION

Having considered the parties' Stipulation to Stay Litigation and Submit Matter to Arbitration, (Doc. 3), and good cause appearing,

IT IS HEREBY ORDERED that this matter shall be submitted to arbitration as required by the parties' written agreement;

IT IS FURTHER ORDERED that this matter is STAYED until such time as the arbitration is complete or the Court is notified that the matter has been resolved.  The parties shall notify the Court when arbitration is complete or if they resolve the matter.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE